UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS, | ) |
| | ) CASE NO. C09-1811-RSM |
| Petitioner, | ) |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| ATTORNEY GENERAL, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

INTRODUCTION AND SUMMARY CONCLUSION

Petitioner Leroy Williams proceeds *pro se* in this habeas case. By Order dated April 19, 2010, the Court denied petitioner's application to proceed *in forma pauperis* due to his failure to correct identified deficiencies in the application. (Dkt. 6.) The Court advised petitioner that this action would proceed only if paid the applicable filing fees and other fees within thirty days of the date of the Order.

To date, the Court has not received a filing fee from plaintiff. Accordingly, the Court recommends that this case be DISMISSED without prejudice. A proposed order accompanies

REPORT AND RECOMMENDATION
PAGE -1

01 this Report and Recommendation.

02     DATED this 25th day of May, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2