01

02

03                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
04                              AT SEATTLE

05  LEROY WILLIAMS,                    )
                                       )  CASE NO. C09-1811-RSM
06           Petitioner,               )
                                       )
07       v.                            )  ORDER DENYING PETITIONER'S
                                       )  HABEAS PETITION WITHOUT
08  ATTORNEY GENERAL,                  )  PREJUDICE
                                       )
09           Respondent.               )
    _____    )

10

11       The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report

12  and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the

13  remaining record, does hereby find and Order:

14       (1)   The Court adopts the Report and Recommendation;

15       (2)   Petitioner's habeas petition and this action are DISMISSED, without prejudice,

16             for failure to pay the filing fee; and

17       (3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for

18             respondent, and to Judge Theiler.

19       DATED this 7 day of July 2010.

20

21                                            /s/ Ricardo S. Martinez
                                              RICARDO S. MARTINEZ
22                                            UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1